# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2141

_____

MARCUS GOGGINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 26, 2018


PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marcus Goggins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.